## NOT DESIGNATED FOR PUBLICATION

## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

**08-1350**

**PATSY JANE BOUDREAUX, ET AL.**
**VERSUS**
**ABLE SUPPLY CO., ET AL.**

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF VERMILION, NO. 88221-I
HONORABLE THOMAS R. DUPLANTIER, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

**BILLY H. EZELL**
**JUDGE**

\*\*\*\*\*\*\*\*\*\*

Court composed of Jimmie C. Peters, Michael G. Sullivan, and Billy H. Ezell, Judges.

**MOTION TO LIFT STAY GRANTED**
**IN PART AND DENIED IN PART.**

**Frank Joseph Swarr**
**Attorney at Law**
**1010 Common Street, Suite 2050**
**New Orleans, LA 70112**
**(504) 299-1214**
**COUNSEL FOR PLAINTIFFS/APPELLANTS:**
   **Patsy Jane Boudreaux**
   **Carrie Boudreaux**
   **Marti Boudreaux**
   **Cheryl Simon**
   **Traci Mills**

**David Joseph Bourgeois**
**Attorney at Law**
**3838 North Causeway, Suite 2900**
**Metairie, LA 70002**
**(504) 832-3700**
**COUNSEL FOR DEFENDANT/APPELLEE:**
   **Seville, Inc.**

William Lee Schuette, Jr.
Jones, Walker, Waechter
8555 United Plaza, 5th Floor
Baton Rouge, LA 70809
(225) 248-2082
COUNSEL FOR DEFENDANTS/APPELLEES:
General Electric Company
CBS Corporation


Alan K. Breaud
Breaud & Meyers
Post Office Drawer 3448
Lafayette, LA 70502
(337) 266-2200
COUNSEL FOR DEFENDANT/APPELLEE:
Omega Protein, Inc.


Kathleen Fontenot Drew
K & L Gates, L.L.P.
701 Poydras Street, Suite 4500
New Orleans, LA 70139
(504) 581-3234
COUNSEL FOR DEFENDANT/APPELLEE:
Estech, Inc.


Darryl Joseph Foster
Lemle, Kelleher, et al.
601 Poydras Street, 21st Floor
New Orleans, LA 70130-6097
(504) 586-1241
COUNSEL FOR DEFENDANT/APPELLEE:
Monsanto Company


Janet Wessler Marshall
Attorney at Law
701 Poydras, Suite 4700
New Orleans, LA 70139-7708
(504) 528-3001
COUNSEL FOR DEFENDANTS/APPELLEES:
Atlantic Richfield Company
BP America, Inc.

Susan B. Kohn
Simon, Peragine, Smith
1100 Poydras, 30th Floor
New Orleans, LA 70163-3000
(504) 569-2030
COUNSEL FOR DEFENDANT/APPELLEE:
Eagle, Inc.

**Christopher Kelly Lightfoot**
**Hailey, McNamara, Hall**
**One Galleria Boulevard, #1400**
**Metairie, LA 70001**
**(504) 836-6500**
**COUNSEL FOR DEFENDANT/APPELLEE:**
    **Taylor-Seidenbach, Inc.**


**Duris Lee Holmes**
**Deutsh, Kerrigan & Stiles**
**755 Magazine Street**
**New Orleans, LA 70130-0000**
**(504) 581-5141**
**COUNSEL FOR DEFENDANTS/APPELLEES:**
    **Anco Insulations, Inc.**
    **Zurn Industries**
    **Reilly Power, Inc.**


**Sarah Ann Lowman**
**Middleberg, Riddle & Gianna**
**201 St. Charles Avenue, 31st Floor**
**New Orleans, LA 70170-3100**
**(504) 525-7200**
**COUNSEL FOR DEFENDANTS/APPELLEES:**
    **Fluor Enterprise, Inc.**
    **Fluor Corporation**
    **Fluor Constructors International,Inc.**
    **Fluor Maintenance Services, Inc.**


**James Michael Garner**
**Sher, Garner, Cahill, Ritcher, Klein & Hilbert, L.L.C.**
**909 Poydras Street, 28th Floor**
**New Orleans, LA 70112**
**(504) 299-2100**
**COUNSEL FOR DEFENDANTS/APPELLEES:**
    **Air Liquide America Corporation**
    **Air Liquide**


**Yul Dubart Lorio**
**Doucet, Lorio & Moreno**
**One Lakeshore Drive, #1695**
**Lake Charles, LA 70629**
**(337) 433-0100**
**COUNSEL FOR DEFENDANTS/APPELLEES:**
    **Millennium Petrochemicals, Inc.**
    **Lyondell Chemical Company**

Scott Allen Soule
Chaffe McCall
1100 Poydras Street, #2300
New Orleans, LA 70163
(504) 585-7000
COUNSEL FOR DEFENDANT/APPELLEE:
    Citgo Petroleum Corporation


Richard P. Sulzer
Attorney at Law
201 Holiday Boulevard, #335
Covington, LA 70433
(985) 898-0608
COUNSEL FOR DEFENDANT/APPELLEE:
    Chicago Bridge & Iron Company


Erin Fury Parkinson
McGlinchey, Stafford
601 Poydras Street, 12th Floor
New Orleans, LA 70130
(504) 586-1200
COUNSEL FOR DEFENDANT/APPELLEE:
    American Cyanamid Company


Cory Rabin Cahn
Entergy Services
639 Loyola Avenue, 26th Floor
New Orleans, LA 70161
(504) 576-5533
COUNSEL FOR DEFENDANT/APPELLEE:
    Entergy Gulf States Louisiana, L.L.C.


Joshua Lee Rubenstein
Attorney at Law
1515 Poydras, Suite 1300
New Orleans, LA 70112
(504) 799-4383
COUNSEL FOR DEFENDANT/APPELLEE:
    Ingersoll-Rand Co.


Cynthia Cleland Branch
Attorney at Law
3838 North Causeway, #3010
Metairie, LA 70002
COUNSEL FOR DEFENDANT/APPELLEE:
    Turner Industries, L.L.C.

Sheri Sport Faust
Frilot, Partridge, Kohnke
1100 Poydras Street, #3600
New Orleans, LA 70163-3600
(504) 599-8000
COUNSEL FOR DEFENDANTS/APPELLEES:
    Bechtel Construction Company
    Bechtel Corporation


Amy L. Maccherone, Esq.
Attorney at Law
400 Lafayette Street, Suite #200
New Orleans, LA 70130
(504) 568-9393
COUNSEL FOR DEFENDANT/APPELLEE:
    E. I. Dupont De Nemours


Michael D. Lonegrass
Galloway, Johnson
701 Poydras Street, Suite #4040
New Orleans, LA 70139-1200
(504) 525-6802
COUNSEL FOR DEFENDANT/APPELLEE:
    Crown, Cork & Seal Co., Inc.


Diane M. Sweezer
Attorney at Law
808 Travis Street, Suite #1608
Houston, TX 77002
COUNSEL FOR DEFENDANT/APPELLEE:
    Reilly Benton, Inc.


Allison N. Benoit
Kean, Miller, Hawthorne
Post Office Box 3513
Baton Rouge, LA 70821
(225) 387-0999
COUNSEL FOR DEFENDANT/APPELLEE:
    ExxonMobil Corporation


Lexi T. Holinga
Taylor, Porter, Brooks & Phillips, L.L.P.
Post Office Box 2471
Baton Rouge, LA 70821-2471
(225) 387-3221
COUNSEL FOR DEFENDANT/APPELLEE:
    Dow Chemical Company

**Lori A. Waters**
**Lynn Luker & Associates, L.L.C.**
**3433 Magazine Street**
**New Orleans, LA 70115**
**(504) 525-5500**
**COUNSEL FOR DEFENDANT/APPELLEE:**
    **Foster Wheeler Energy Corporation**

**Matthew S. Lott**
**Dogan & Wilkinson, P.L.L.C.**
**Post Office Box 1618**
**New Orleans, LA 70163**
**(225) 762-2272**
**COUNSEL FOR DEFENDANT/APPELLEE:**
    **Crane Company**

**Scott T. Winstead**
**Sutterfield & Webb, L.L.C.**
**650 Poydras Street, Suite #2715**
**New Orleans, LA 70130**
**(504) 598-2715**
**COUNSEL FOR DEFENDANT/APPELLEE:**
    **Able Supply Company**

**Molly M. Gattuso**
**Ann S. Russell**
**Forman, Perry, Watkins, Krutz & Tardy, L.L.P.**
**1515 Poydras Street, Suite #1300**
**New Orleans, LA 70112**
**(504) 799-4383**
**COUNSEL FOR DEFENDANT/APPELLEE:**
    **Owens-Illinois**

**Brandie L. Mendoza**
**Aultman, Tyner, Ruffen, Bell, Swetman, Ltd.**
**400 Poydras Street, Suite #1900**
**New Orleans, LA 70130**
**(504) 528-9616**
**COUNSEL FOR DEFENDANTS/APPELLEES:**
    **Garlock Sealing Technologies, L.L.C.**
    **Viacom, Inc.**
    **CBS Corporation**
    **Wyeth Holdings Corporation**
    **American Cyanamid Company**
    **Fluor Constructors, Inc.**
    **Fluor Constructors International, Inc.**

EZELL, Judge.

The Defendant-Appellee, American Cyanamid, Inc., moves this court to lift the stay currently in effect for this appeal. For the reasons given herein, we grant the motion to lift the stay as to all defendants, except Lyondell Chemical Company and Millennium Petrochemicals, Inc.

This case involves a wrongful death and survival action filed by the widow and children of Decedent, Lloyd Joseph Boudreaux, Jr. Decedent died in 2007 from mesothelioma, which is a form of cancer caused by exposure to asbestos. Plaintiffs, Patsy Boudreaux, Carrie Boudreaux, Traci Mills, Cheryl Simon, and Marti Boudreaux, have filed suit against more than fifty corporate defendants alleging that Decedent was exposed to asbestos while working as an insulator and various other jobs from the 1950's to the 1990's. The suit was filed in Vermilion Parish. However, because Plaintiffs are domiciled in Texas and because most of Decedent's jobs were located in Texas, Defendant, American Cyanamid, Inc., filed a motion to dismiss the lawsuit for *forum non conveniens,* asserting that Texas would be a more convenient forum. Several other defendants joined in the motion to dismiss. By judgment dated April 25, 2008, the trial court granted the motion to dismiss but reserved Plaintiffs' right to re-file their action within sixty days in a court of competent jurisdiction.

Plaintiffs filed an appeal which was lodged in this court on November 6, 2008. The parties have submitted their appellate briefs and requested oral argument. However, on January 22, 2009, this court received notice that Defendants, Lyondell Chemical Company and Millennium Petrochemicals, Inc., had filed a voluntary petition for bankruptcy under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York. As a result, on January 22, 2009, a deputy clerk of court for this court sent a correspondence to the parties notifying them that the appeal has been stayed.

1

At this time, Defendant, American Cyanamid, Inc., has filed a motion to lift the stay on the ground that Plaintiffs filed, in the district court, a motion and order to voluntarily dismiss their claims against Lyondell Chemical Company and Millennium Petrochemicals, Inc., which was granted by the trial court on February 3, 2009. Since we find that the jurisprudence allows us to lift the stay order as it pertains to the non-bankrupt debtors, we pretermit any determination of whether the trial court retained jurisdiction to issue an order dismissing the two bankrupt debtors after the trial court had already dismissed the entire case for *forum non conveniens* and after an appeal had been taken.

"The filing of a federal bankruptcy petition operates as an automatic stay under 11 U.S.C. § 362 that prevents creditors from commencing or continuing judicial or administrative proceedings against the debtor." *Ring Const., LLC v. Chateau Des Lions, LLC,* 05-568 (La.App. 3 Cir. 12/30/05), 918 So.2d 1172, 1176, *writ denied,* 06-0584 (La. 5/5/06), 927 So.2d 325. However, the automatic stay imposed by Section 362 only applies to the party or parties filing for bankruptcy and does not apply to non-bankrupt co-defendants. *See Martin v. David*, 95-1411 (La.App. 3 Cir. 12/7/95), 666 So.2d 1136; *Jackson v. BASF Corp.,* 04-2777 (La.App. 1 Cir. 11/4/05), 927 So.2d 412, *writ denied*, 05-2444 (La. 3/24/06), 925 So.2d 1231. In the instant case, we find that since only two of the numerous named defendants have filed bankruptcy, the automatic stay imposed by 11 U.S.C. § 362 only applies to those two defendants, i. e., Lyondell Chemical Company and Millennium Petrochemicals, Inc. Having determined that the automatic stay does not require a stay as to the remaining defendants, we see no reason why the appeal should not be allowed to proceed as to the remaining defendants, especially since Plaintiffs have filed with the trial court a motion to dismiss which manifests their intent not to proceed with their claims against the two bankrupt defendants at this time.

For the foregoing reasons, we order that the stay be lifted as to all Defendants,

except Lyondell Chemical Company and Millennium Petrochemicals, Inc.

**MOTION TO LIFT STAY GRANTED IN PART AND DENIED IN PART.**

This opinion is **NOT DESIGNATED FOR PUBLICATION.**
Rules 2-16.2 and 2-16.3, Uniform Rules, Courts of Appeal.